IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Ropax 1 KS and Ropax 2 KS, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. |
| European Red Sea Africa Lines Ltd, d/b/a ERSAL, *et al.*, | * | |
| | * | |
| Defendants and Garnishees. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

TO:   Cotrans GMBH

     You are hereby summoned and required to serve upon plaintiffs's attorneys, J. Stephen Simms, Esq., Simms Showers LLP, Suite 702, Twenty South Charles Street, Baltimore, Maryland 21201, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLERK, UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**        February ___, 2009

_____
(By)  Deputy Clerk