IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Ropax 1 KS and Ropax 2 KS, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. CCB 09-312 |
| European Red Sea Africa Lines Ltd, d/b/a ERSAL, *et al.*, | * | |
| | * | |
| Defendants and Garnishees. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**SUPPLEMENTAL, VERIFIED  MEMORANDUM FOR ORDER AUTHORIZING
PROCESS OF MARITIME GARNISHMENT AND ATTACHMENT**

Plaintiffs have requested that the Court issue writs of maritime garnishment to Wilhelmsen Ship Service, Inc., ARZ Export, LLC, ETA Exports LLC, and The Master of the M/V OCEAN LADY 1.

All of the garnishees are likely to hold property of defendant European Red Sea Africa Lines Ltd, d/b/a ERSAL, as follows:

Wilhelmsen Ship Service, Inc. is the primary local husbanding agent for ERSAL (including in Baltimore) and will hold deposits for vessel maintenance and operations for ERSAL;

ARZ Export, LLC and ETA Exports LLC are shippers aboard ERSAL vessels including the  M/V OCEAN LADY 1, under charter to ERSAL, and will owe freights to ERSAL;

The M/V OCEAN LADY 1 is under charter to ERSAL, and therefore will have aboard it, bunkers (marine fuel) and other property belonging to ERSAL.

In addition, defendant Alltrans, is the registered owner of the M/V OCEAN LADY 1 (see Lloyd's report, attached); as set out in the Verified Complaint, Alltrans is a guarantor of the ERSAL charters from the plaintiffs, and accordingly liable in personam as well to plaintiffs.

Further, because Cotrans is acting as paying agent for defendant ERSAL, as set out in the complaint, it is possible that garnishee Willhelmsen may hold funds identified to Cotrans, and that shippers ARZ and ETA may have been instructed to pay Cotrans (rather than ERSAL). Consequently Willhelmsen, ARZ and ETA are proper garnishees for Cotrans, as well.

Dated: February 10, 2009.

    Respectfully Submitted,

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
John T. Ward
M. Scotland Morris
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-510-1789

Ropax 1, Ropax 2 Counsel

## **VERIFICATION**

I am a Principal of the law firm of Simms Showers LLP, counsel to plaintiffs. I verify under solemn affirmation that the facts alleged in the foregoing Supplemental Verified Memorandum are true and correct to the best of my knowledge and information based upon the records of plaintiffs made available to me by plaintiffs.

Pursuant to 28 U.S.C. § 1746, I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2009.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-510-1789

Plaintiffs' Counsel

Case 1:09-cv-00312-CCB   Document 6   Filed 02/10/09   Page 4 of 5



# Ocean Lady I

**IMO:** 7325215
**Flag:** Panama
**Reg. Owner:** All Trans Shipping & Trading Co. Ltd
**Type:** Vehicle Carrier
**Status:** Live

## Vessel Overview

Details of the vessel including registration, dimensions, ownership and other characteristics...updated 24/7

| | |
|---|---|
| **Name** | Ocean Lady I |
| **IMO** | 7325215 |
| **Status** | Live |
| **Flag** | Panama |
| **Type** | Vehicle Carrier |
| **Year of build** | 1973 |
| **DWT** | 10414 |
| **Gross Tonnes** | 25615 |
| **Contact** | All Trans Shipping & Trading Co. Ltd |

### Available images

 

### Registration (Name, Flag, Callsign, IMO, MMSI)

**Name** Ocean Lady I since: Before 14 Nov 2008

**Name History**

| Vessel Name | From | Until |
|---|---|---|
| Ocean Lady I | Before 14 November 2008 | |
| Grand Dubai | Before 07 April 2007 | Before 13 November 2008 |
| Dyvi Kattegat | After 11 September 2004 | Before 06 April 2007 |
| Dyvi Antwerpen | Before 14 January 2002 | After 10 September 2004 |
| Dyvi Kattegat | 07 September 1975 | Before 13 January 2002 |

**Flag** Panama , From: 07 April 2007

**Flag History**

| Flag | From | Until | Call Sign | MMSI | Port of Registry |
|---|---|---|---|---|---|
| Panama | Before 07 April 2007 | | 3EKE7 | 372699000 | Panama |
| Norway (Int. Register) | After 10 May 1990 | Before 06 April 2007 | LAEM4 | 257822000 | Oslo |
| Philippines | On 04 February 1984 | On 08 February 1990 | | | |
| Norway | On 07 September 1975 | On 04 February 1984 | | | |

**Callsign** 3EKE7
**IMO** 7325215
**MMSI** 372 699000
**Port of Registry** Panama

## Tonnages (Gross, Net DWT)

**Gross** 25615
**Net** 8337
**DWT** 10414
**Formula DWT** 29503

**Tonnage History**

| From | Until | Gross | Net | DWT | Formula DWT |
|---|---|---|---|---|---|
| 07 Jan 2005 | | 25615 | 8337 | 10414 | 29503 |
| After 07 Feb 2003 | 06 Jan 2005 | 25615 | 8337 | 7113 | n/a |
| After 10 Jan 2003 | Before 06 Feb 2003 | 25615 | 25615 | 7113 | 29476 |
| On 30 Aug 1994 | After 09 Jan 2003 | 25615 | 8337 | 9652 | 29476 |
| On 08 Feb 1990 | On 30 Aug 1994 | 6801 | 3631 | 9652 | n/a |
| On 07 Feb 1985 | On 08 Feb 1990 | 6889 | 3622 | 9652 | n/a |
| On 07 Sep 1975 | On 07 Feb 1985 | 7274 | 3626 | 9652 | n/a |

## History (Construction Details, Launch Details)

**Construction**
- Yard Number: 346
- Built By: Koninlijke Scheldegroep B.V. Shipbuilding
- Built At: Flushing
- Construction end: After 01 Jan 1973

**Launch**
- Launched: n/a
- First Movement: On 07 Sep 1975

## Dimensions (Breadth, Depth / Draught, Length)

**Breadth**
- Extreme: 23.02m
- Moulded: 22.94m

**Depth / Draught**
- Depth: 16.79m
- Draught: 8.01m
- Freeboard: 8780mm

**Length**
- Between Perpendiculars: 173.52m
- Registered: 187.5m
- Overall: 187.51m

## Classification & Insurance (Clubs, ISM, ISPS, Societies)

**Clubs** P&I : n/a

**ISM**
- Issue Date: 29 Jun 2007
- Expiry Date: 29 Jun 2012
- Issued By:

**ISM History**

| ISM Issuer | ISM Auditor | Start Date | End Date |
|---|---|---|---|
|  | Unknown | 29 June 2007 | 29 June 2012 |
| Norske Veritas | Norske Veritas | 08 October 2004 | 28 June 2007 |
| Norske Veritas | Norske Veritas | 15 September 2003 | 07 October 2004 |
| Norske Veritas | Norske Veritas | 22 May 2002 | 14 September 2003 |
| Norske Veritas | Norske Veritas | 17 November 1999 | 21 May 2002 |
| Norske Veritas | Norske Veritas | 20 April 1995 | 01 November 1999 |

**ISPS** Issue Date: 19 Jun 2004 Expiry Date: 18 Jun 2009 Issued By: Norske Veritas

**Societies** Class: Det Norske Veritas A/S(NV) After 01 Jan 1976

© 2008 Informa plc, All rights reserved.
Lloyd´s and the crest are the registered trade marks of the Society incorporated by the Lloyd´s Act 1871 by the name of Lloyd´s
This site is owned and operated by Informa plc ("Informa") whose registered office is Mortimer House, 37-41 Mortimer Street, London, W1T 3JH. Registered in England and Wales Number 3099067