## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT -

UNITED STATES OF AMERICA         :         Civil Action No. 09-312
                                 :
DISTRICT MARYLAND                :

. . . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

   WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on February 10, 2009, by plaintiffs against defendants European Red Sea Africa Lines Ltd, d/b/a ERSAL, All Trans Shipping and Trading Co. Ltd., and Cotrans GMBH ("Defendants") in a certain action for breach of maritime contracts alleged to be due and owing to said plaintiffs amounting to a sum of at least $8,564,685, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

   WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

   NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendanst, to the amount sued for; and if such property cannot be found that you attach all property of Defendants to the amount sued for in the hands of or under the control or custody of

**ARZ Export, LLC, Garnishee,**

and that you promptly after the execution of this process file the same in this Court with your return thereon.

   Issued February _10_, 2009.

                              Clerk - U.S. District Court
                              By: _____
                                   Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, M. Scotland Morris, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.